IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(**Greenbelt Division**)

| | | |
|---|---|---|
| IN RE: | * | |
| JEMIMA B. ACHEAMPONG, | * | Case No. 09-3-0181-tc |
| | * | |
| Debtor | * | Chapter 13 |
| | * | |

\* \* \* \* \* \* \* \*

**RESPONSE TO TRUSTEE'S PRACECIPE REQUESTING ENTRY OF AN ORDER DENYING CONFIRMATION WITHOUT LEAVE TO AMEND FOR DEBTOR'S FAILURETO FULFILL CONDITION TO CONFIRMATION**

NOW COMES Debtor, by and through her attorneys Marc A. Ominsky and Sirody, Freiman & Feldman, PC and, in response to Trustee's *Praecipe Requesting Entry of an Order Denying Confirmation Without Leave to Amend for Debtor's Failure to Fulfill Condition to* Confirmation, states:

1. The Debtor's confirmation was held on March 30, 2010 and it was agreed that Debtor would provide her 2009 federal and state tax returns as a condition of confirmation;

2. The Debtor provided her 2009 federal and state tax returns to undersigned counsel within Fourteen (14) days from the confirmation date;

3. Undersigned counsel sent the 2009 federal and state tax returns to the Trustee on April 12, 2010. Undersigned counsel, upon receiving Trustee's Praecipe, found that the 2009 federal and state taxes were faxed to the wrong fax number;

4. Undersigned counsel, on the date of this Response, rectified the error by immediately faxing to the Trustee the 2009 taxes and telephoned the Trustee's office to verify receipt of the taxes.

**WHEREFORE,** Debtor respectfully requests that this Honorable Court deny Trustee's Praecipe Requesting Entry of an Order Denying Confirmation Without Leave to Amend for Debtor's Failure to Fulfill Condition.

                                          Respectfully submitted,

April 22, 2010                  By: _____

                                        Marc A. Ominsky, #13956
                                        Sirody, Freiman & Feldman, PC
                                        6301 Ivy Lane, #700
                                        Greenbelt, MD 20770
                                        (301) 220-1198

                                        Attorney for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on this 22[th] day of April, 2010 a copy of the foregoing *Response to Praecipe Requesting Entry of an Order Denying Confirmation Without Leave to Amend for Debtor's Failure to Fulfill Condition* was served electronically via the CM/ECF system to: Timothy Branigan, Esq. ,Chapter 13 Trustee, and the U.S. Trustee.

                                        /s/ Marc A. Ominsky
                                        Marc A. Ominsky