IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

Greenbelt Division

| | |
|---|---|
| In re: ) | |
| ) | CHAPTER 13 |
| JEMIMA B. ACHEAMPONG ) | |
| ) | CASE No. 09-30181-TJC |
| Debtor. ) | |
| _____ ) | |
| ) | |
| DEUTSCHE BANK NATIONAL TRUST ) | |
| COMPANY, AS TRUSTEE FOR MORGAN ) | |
| STANLEY ABS CAPITAL I INC. TRUST ) | |
| 2006-HE3 ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| JEMIMA B. ACHEAMPONG ) | |
| ) | |
| AND ) | |
| ) | |
| TIMOTHY P. BRANIGAN, TRUSTEE, ) | |
| ) | |
| Respondents. ) | |

MOTION SEEKING RELIEF FROM STAY

Comes now Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3, ("noteholder"), by Counsel, and moves this Honorable United States Bankruptcy Court for Relief from the Stay imposed by 11 U.S.C. Section 362(a), and in support thereof, states as follows:

1. That this Motion is filed pursuant to 11 U.S.C. Section 362(d) and Rules 4001 and 9014 of the Bankruptcy Rules, as hereinafter shall more fully appear.

2. That noteholder is a secured creditor of the Debtor whose claim is based upon a certain Adjustable Rate Note dated January 10, 2006 in the principal amount of

$275,200.00 and executed by Jemima B. Acheampong, the Debtor herein.  The unpaid principal balance due under said Note as of April 12, 2010, including interest at the Note rate of 6.670% per annum, late charges, attorney's fees and trustee's fees and costs for a cancelled foreclosure sale, was approximately $301,963.84.  A copy of said Note is attached hereto, marked as Exhibit B, and expressly made a part hereof, as is a total debt settlement, marked as Exhibit A.  Repayment of said Note is secured by that certain Deed of Trust dated January 10, 2006 and recorded in Book 5859 at Page 0293 among the land records of Frederick County, Maryland, by which Jemima B. Acheampong conveyed to Richard T. Cregger, Trustee, the subject property, which is located at 5546 Hidden Waters Lane, Frederick, MD 21703 and which is more particularly described in the Deed of Trust.  A copy of said Deed of Trust is attached hereto, marked as Exhibit B-1, and expressly made a part hereof.

3. That Wells Fargo Bank, N.A. is the servicer for the loan held by the noteholder.

4. That on October 21, 2009, the United States Bankruptcy Court for the District of Maryland entered an Order for Relief under 11 U.S.C. Chapter 13 upon a petition filed by Jemima B. Acheampong, Case No. 09-30181-TJC.

5. That the Debtor has failed to make post-petition payments to the noteholder and is therefore in default, as of April 26, 2010, as follows:

| | |
|---|---|
| January 2010 through April 2010 regular monthly payments @ $1,981.25 each | $7,925.00 |
| January 2010 late charge @ $83.64 each | 83.64 |
| April 2010 late charge @ $83.64 each | 83.64 |

|  |  |
|---|---|
| Attorney's fees and costs for representation in this matter | 950.00 |
| TOTAL | $9,042.28 |

A copy of the post-petition payment history is attached hereto, marked as Exhibit C, and expressly made a part hereof.

6.      That by reason of the foregoing, the noteholder lacks adequate protection for its security interest and is, and continues to be, irreparably harmed by the continuation of the Stay of 11 U.S.C. Section 362(a) and that therefore cause exists for the termination thereof.

WHEREFORE, the undersigned respectfully moves this Honorable United States Bankruptcy Court for entry of an Order granting it, its successors and/or assigns or current noteholder Relief from the Stay of 11 U.S.C. Section 362(a) so that the undersigned may proceed to enforce the perfected security interest in the subject property.

DEUTSCHE BANK NATIONAL
TRUST COMPANY, AS TRUSTEE
FOR MORGAN STANLEY ABS
CAPITAL I INC. TRUST 2006-HE3


By: /s/ Brian S. McNair
       Of Counsel

BUONASSISSI, HENNING & LASH
A Professional Corporation
1861 Wiehle Avenue, Suite 300
Reston, Virginia 20190
(703) 796-1341
Fax: (703) 796-9383
E-mail: bmcnair@bhlpc.com


By: /s/ Brian S. McNair
      Brian S. McNair
      Federal Bar No. 25270
      Of Counsel to Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3

      I hereby certify that on the 27th day of April, 2010, a true copy of the foregoing Motion Seeking Relief from Stay was mailed, postage prepaid, to:

      Jemima B. Acheampong   -   Debtor
      5546 Hidden Waters Lane
      Frederick, MD 21703

      And electronically transmitted to:

      Marc A. Ominsky   -   Counsel for Debtor
      Sirody, Frieman & Feldman
      1777 Reisterstown Road, Suite 360 E
      Baltimore, MD 21208

      Timothy P. Branigan   -   Trustee
      P.O. Box 1902
      Laurel, Maryland 20725-1902

                              /s/ Brian S. McNair
                                  Brian S. McNair