# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEMIMA ACHEAMPONG | * | Case 09-30181 |
| | * | |
| Debtor(s). | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEUTSCHE BANK NATIONAL BANK                    Chapter 13

    Movant(s).                    \*

vs.

JEMIMA ACHEAMPONG

    Respondent(s).

\* \* \* \* \* \* \* \* \* \* \* \* \*

## RESPONSE TO MOTION FOR
## RELIEF FROM AUTOMATIC STAY

Now comes the Debtor(s), through attorney, Marc Ominsky and Respond(s) to the Motion for Relief from the Automatic Stay and state(s):

1) The Debtors admits the allegations contained in paragraphs 1 through 4 of the Motion.

2) The Debtors denies the allegations contained in paragraphs 5 through 6 and further states the Debtors state that the Movant advised him to not make payments due to loan modification application.

WHEREFORE, the Debtor(s) request(s) that the Court deny the Motion.

/s/Marc Ominsky
Marc Ominsky, Esquire
1777 Reisterstown Road
Suite 360
Baltimore, MD 21208